# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Melanie A. Calla,
    Plaintiff

v.                           Case No.   1:11-cv-562

Duke Energy Corporation,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed January 14, 2013 (Doc. 31).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's complaint is dismissed with prejudice.

Date: February 5, 2013                                               s/Sandra S. Beckwith
                                                                           Sandra S. Beckwith, Senior Judge
                                                                           United States District Court